# UNITED STATES DISTRICT COURT

for the

Western District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br><br>Adam Dunn<br><br>_____<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) |

5:25-cr-00078-01
Judge Hicks
Magistrate Judge Hornsby

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      Adam Dunn                                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Theft of mail matter by officer or employee – Embezzlement In violation of 18 U.S.C. § 1709 – Ct. 1
Delay or destruction of mail In violation of 18 U.S.C. § 1703(a) – Ct. 2

Date:   4/2/2025                                                   *Kim Adams*
                                                                    *Issuing officer's signature*

City and state:   Shreveport, Louisiana                     Kim Adams, Deputy Clerk
                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 3/25/2026 , and the person was arrested on *(date)* 3/25/2026<br>at *(city and state)* Pulaski, TN .<br><br>Date: 3/25/2026                                    *[signature]*<br>                                                      *Arresting officer's signature*<br><br>                                                      Christopher Gann ASAC USPS OIG<br>                                                      *Printed name and title* |